IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-CR-91-GCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BARRY DUPRIEST DOBY | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on Defendant's Motion to Reduce Sentence Pursuant to First Step Act 2018 ("Motion") (Doc. No. 41) requesting that the Court impose a reduced sentence of time served and a supervised release term of three years. In its Response in Support ("Response") (Doc. No. 43), the United States requests that this Court grant Defendant's Motion because Defendant is eligible for a reduction in his sentence and the Section 3553(a) sentencing factors weigh in favor of a reduction. For the reasons stated in Defendant's Motion and the United States' Response, the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities be reduced to an aggregate sentence of **TIME SERVED PLUS FIVE (5) DAYS**. The Court further **ORDERS** that the Defendant, upon release from imprisonment, shall be placed on supervised release for a term of 3 years.

SO ORDERED.

Signed: July 23, 2020

Graham C. Mullen
United States District Judge